<table>
<tr><td></td><td style="text-align:center">**United States District Court**<br>Western District of Texas<br>El Paso Division</td><td>FILED<br>Feb 21 2017<br>Clerk, U.S. District Court<br>Western District of Texas<br><br>By: _____<br>Deputy</td></tr>
</table>

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs.   § | **Case Number:  EP:17-M -00643(1)** |
| § | |
| **(1) IRVIN GONZALEZ** § | |
| § | |
| *Defendant* | |

## ORDER SETTING STATUS CONFERENCE

      IT IS HEREBY ORDERED that the above entitled and numbered case is set for STATUS CONFERENCE in Magistrate Courtroom, Room 412, on the 4th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

<u>**Wednesday, February 22, 2017 at 4:00 PM**</u>

      IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this **21st day of February, 2017.**

_____<br>
ANNE T. BERTON<br>
U.S. MAGISTRATE JUDGE