

**Department of Justice**

*United States Attorney's Office*
*Western District of Texas*
*El Paso Division*

700 E. San Antonio Ave, Suite 200    Phone: (915) 534-6884
El Paso, Texas 79901    Facsimile: (915) 534-6024

February 21, 2017

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

      RE:    U.S. v. IRVIN EDAMIR GONZALEZ-TORRES,
              also known as (a.k.a.): Irvin Gonzalez,
              EP-17-MJ-00643-ATB

Dear Sir or Madam:

    This is to request that the undersigned Assistant United States Attorney be **removed** as counsel assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith.  Please change your records to accurately reflect this information.

    Thank you for your attention to this matter.

                                      Respectfully submitted,

                                      RICHARD L. DURBIN, JR.
                                      UNITED STATES ATTORNEY

                By:    __/s/_____
                         AUSA Steven Armstrong
                         Assistant United States Attorney